IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EUGENE THOMAS, III                                                                                          PETITIONER
ADC #149889

V.                                           NO. 5:14cv00450-JM-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                  RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1. Petitioner Eugene Thomas, III's 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 2*, is DENIED with prejudice; and

2. A Certificate of Appealability is DENIED, *see* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

DATED this 12th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE